# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 11-1219** | **September Term 2011** |
| | **TRAN-76FR23110** |
| | **Filed On:** September 19, 2011 |

Spirit Airlines, Inc.,
        Petitioner

    v.

United States Department of Transportation,
        Respondent

------------------------------

Southwest Airlines Co. and American Society
of Travel Agents, INC,
        Intervenors

------------------------------

Consolidated with 11-1222


**BEFORE:** Ginsburg, Tatel, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the motions for stay, the opposition thereto, and the replies, it is

**ORDERED** that the motions for stay be denied. Petitioners have not satisfied the stringent requirements for a stay pending court review. See Winter v. Natural Res. Def. Council, 555 U.S. 7, 20 (2008); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2011).

The Clerk is directed to enter a briefing schedule.

### Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

            BY:

                              Cheri Carter
                              Deputy Clerk/LD